IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

JERRY A. ROTTENBERRY, III,

        Plaintiff,

v.                               CIVIL ACTION NO.   5:13-cv-22444

USCOC OF CUMBERLAND, LLC, et al.,

        Defendants.

**ORDER**

    The Court, having been advised by counsel that the above-styled civil action has been compromised and settled, does hereby **ORDER** that the remaining requirements and deadlines contained in the scheduling order be suspended and that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.  Additionally, the Court **ORDERS** that each party bear its own costs.

    The Court further **ORDERS** that any pending motions be **TERMINATED AS MOOT**.  The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                                    ENTER:        April 29, 2014

                                              IRENE C. BERGER
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF WEST VIRGINIA